PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kirk Wassong, Jr  **Docket Number:** 01-00504-001
**PACTS Number:** 29716

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 12/02/02

**Original Offense:** Possession of a Firearm by Convicted Felon

**Original Sentence:** 60 months imprisonment; 3 years supervised release (concurrent to ND/FL)

**Type of Supervision:** 3 years supervised release  **Date Supervision Commenced:** 11/27/08

**Assistant U.S. Attorney:** Stephen Stigall, 401 Market Street, 4th Floor, Post Office Box 2098, Camden, New Jersey 08101

**Defense Attorney:** Paul Brickfield, 70 Grand Avenue, River Edge, New Jersey 07661 (201) 258-3984

---

## PETITIONING THE COURT

[ X ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1   The offender has violated the supervision condition which states **'You shall not commit another federal, state or local crime.'**

    On March 5, 2009, the offender was arrested by Totowa police and charged with sexual assault. He appeared before the Honorable Ernest Caposela of the Passaic County Superior Court, and bail was set at $100,000. He was released on April 10, 2009. A restraining order was issued prohibiting the offender from any contact with the victim, Katie Porter. However, on April 29, 2009, the victim received a telephone call from the offender's cellular phone at approximately 10:11 p.m. The caller did not identify himself, but breathed heavy for approximately one to two minutes. As a result, a warrant was issued by the Totawa police for violating the restraining order.

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C - Page 2
Kirk Wassong, JR

By: Andrea Shumsky
U.S. Probation Officer
Date: 5/1/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_KSHayden_
Signature of Judicial Officer

5/1/09
Date