UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :     Hon. Katharine S. Hayden

v. :     Crim. No. 01-504 (KSH)

KIRK WASSONG, JR. :     <u>O R D E R</u>

This matter having come before the Court on the motion of defendant Kirk Wassong, Jr., (Paul B. Brickfield, Esquire, appearing) for an order modifying his conditions of release to permit defendant Kirk Wassong, Jr. to attend his sister's graduation ceremony on May 30, 2009 and the following reception/family event between 2:00 p.m. and 10:00 p.m.; and the United States (R. Stephen Stigall, Assistant U.S. Attorney, appearing) and the United States Probation Department having opposed the motion; and the Court having found that the request for modification would not assure the safety of the community; and for good cause shown,

IT IS on this 28th day of May, 2009

ORDERED that the motion of defendant Kirk Wassong, Jr. is hereby DENIED.

                                              HONORABLE KATHARINE S. HAYDEN
                                              UNITED STATES DISTRICT JUDGE