Paul B. Brickfield
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Kirk Wassong, Jr.

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIRK WASSONG, JR. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.: 01-CR-504-01 (KSH)<br><br>ORDER |

Kirk Wassong, Jr. by his attorney Paul B. Brickfield of Brickfield & Donahue having moved this Court by letter dated July 10, 2009 for an order requiring the documents called for in the attached three subpoenas in connection with the upcoming violation of supervised release hearing be produced at the law offices of Paul Brickfield at the above address on or before July 17, 2009 and the U.S. Attorney's Office by Assistant U.S. Attorney Stephen Stigall having been advised of this request and having consented to same, and for good and sufficient cause shown, it is hereby ordered this 13th day of July 2009, that the documents called for in two of the attached subpoenas (to the Police Department of the City of New York and the

City of Clifton) be produced to the offices of Paul Brickfield at 70 Grand Avenue, River Edge, New Jersey, on or before July 17, 2009;

And it furthered ordered that the documents called for in the subpoena to Dr. Crabtree are to be produced to the Honorable Katharine S. Hayden, United States District Court Judge, U.S. Post Office and Courthouse Building, Room 311, 50 Walnut Street, Newark, NJ, 07101 on or before July 17, 2009.

*/s/ KS Hayden*
———————————————
Hon. Katharine S. Hayden

PAUL B. BRICKFIELD *†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
ATTORNEYS
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

July 13, 2009

**VIA EMAIL: Rosemarie_Guilloty@njd.uscourts.gov**
Honorable Katharine S. Hayden
United States District Court Judge
U.S. Post Office and Courthouse Bldg., Room 311
50 Walnut Street
Newark, NJ 07101

    Re:    **United States v. Kirk Wassong, Jr. - Violation of Supervised Release
Case No.: 01-CR-504-01 (KSH)**

Dear Judge Hayden:

    Pursuant to our telephone conference on Friday, July 10, please find enclosed three subpoenas as revised as well as a revised proposed order.

                              Respectfully submitted,

                              Paul B. Brickfield

Enclosures
cc:    Stephen Stigall, Assistant U.S. Attorney (via fax)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE         DISTRICT OF    NEW JERSEY

UNITED STATES OF AMERICA

V.

KIRK WASSONG, JR.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 01-504 (KSH)

TO: NEW YORK CITY POLICE DEPARTMENT
CRIMINAL RECORDS SECTION
ONE POLICE PLAZA
ROOM 300
NEW YORK, NY 10028

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE UNITED STATES DISTRICT COURT UNITED STATES POST OFFICE & COURTHOUSE FEDERAL SQUARE NEWARK, NEW JERSEY 07102 | COURTROOM COURTROOM 5 HON. KATHARINE HAYDEN DATE AND TIME |
|---|---|

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ALL POLICE INCIDENT AND/OR ARREST REPORT RELATING TO KATIE PORTER DATE OF BIRTH 8/11/1980 AND/OR DANIEL SHKURY FOR THE YEARS 2005 THROUGH 2008.
THESE RECORDS ARE TO BE SENT TO THE OFFICE OF PAUL B. BRICKFIELD 70 GRAND AVE, RIVER EDGE, NEW JERSEY 07661 ON OR BEFORE JULY 17, 2009.
THIS SUBPOENA SHALL REMAIN IN EFFECT UNTIL YOU ARE GRANTED LEAVE TO DEPART BY THE COURT OR BY AN OFFICER ACTING ON BEHALF OF THE COURT.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT **WILLIAM T. WALSH** (By) Deputy Clerk | DATE JUNE 26, 2009 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: PAUL B. BRICKFIELD, ESQ.
70 GRAND AVE., SUITE 102
RIVER EDGE, NEW JERSEY 07601
PHONE: 201-488-7707 FAX: 201-488-9559

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                       DATE                          SIGNATURE OF SERVER

                                                     _____
                                                     ADDRESS OF SERVER

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

KIRK WASSONG, JR.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 01-504 (KSH)

TO: DR. SHAWN CRABTREE, M.D.
342 HAMBURG TURNPIKE
SUITE 102
WAYNE, NJ 07470

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE UNITED STATES DISTRICT COURT<br>UNITED STATES POST OFFICE & COURTHOUSE<br>FEDERAL SQUARE<br>NEWARK, NEW JERSEY 07102 | COURTROOM COURTROOM 5<br>HON. KATHARINE HAYDEN<br>DATE AND TIME |
|---|---|

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

PROVIDE ANY AND ALL MEDICAL RECORDS FOR KATIE L. PORTER, DATE OF BIRTH 8/11/1980.
THESE RECORDS ARE TO BE SENT TO THE HONORABLE KATHARINE S. HAYDEN UNITED STATES DISTRICT COURT JUDGE, U.S. POST OFFICE AND COURTHOUSE BUILDING, ROOM 311, 50 WALNUT STREET, NEWARK, N.J. 07101 ON OR BEFORE JULY 17, 2009.
THIS SUBPOENA SHALL REMAIN IN EFFECT UNTIL YOU ARE GRANTED LEAVE TO DEPART BY THE COURT OR BY AN OFFICER ACTING ON BEHALF OF THE COURT.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**WILLIAM T. WALSH** | DATE |
|---|---|
| (By) Deputy Clerk *[signature]* | JUNE 26, 2009 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: PAUL B. BRICKFIELD, ESQ.
70 GRAND AVE., SUITE 102
RIVER EDGE, NEW JERSEY 07601
PHONE: 201-488-7707  FAX: 201-488-9559

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS <br> ☐ YES   ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　　　　DATE　　　　　　　　　　　　SIGNATURE OF SERVER

　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS OF SERVER

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

KIRK WASSONG, JR.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 01-504 (KSH)

TO: CITY OF CLIFTON
900 CLIFTON AVE.
CLIFTON, NJ 07013

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE UNITED STATES DISTRICT COURT<br>UNITED STATES POST OFFICE & COURTHOUSE<br>FEDERAL SQUARE<br>NEWARK, NEW JERSEY 07102 | COURTROOM<br>COURTROOM 5<br>HON. KATHARINE HAYDEN<br>DATE AND TIME |
|---|---|

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ALL EMPLOYMENT RECORDS FOR EMPLOYEE SANDRA M. FELICIANO.
A/K/A SANDRA REDRICK FOR THE MONTHS OF JANUARY, FEBRUARY, AND MARCH 2009.
THESE RECORDS ARE TO BE SENT TO THE OFFICE OF PAUL B. BRICKFIELD
70 GRAND AVE, RIVER EDGE, NJ 07661 ON OR BEFORE JULY 17, 2009.

THIS SUBPOENA SHALL REMAIN IN EFFECT UNTIL YOU ARE GRANTED
LEAVE TO DEPART BY THE COURT OR BY AN OFFICER ACTING ON BEHALF
OF THE COURT.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**WILLIAM T. WALSH**<br>(By) Deputy Clerk *[signature]* | DATE<br>JUNE 26, 2009 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | PAUL B. BRICKFIELD, ESQ.<br>70 GRAND AVE., SUITE 102<br>RIVER EDGE, NEW JERSEY 07601<br>PHONE: 201-488-7707 FAX: 201-488-9559 |

<mark>Case 2:01-cr-00504-KSH   Document 41   Filed 07/14/09   Page 9 of 9 PageID: 28</mark>

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____         _____
                        DATE                                          SIGNATURE OF SERVER

                                                                     _____
                                                                     ADDRESS OF SERVER

ADDITIONAL INFORMATION