UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :       Hon. Katharine S. Hayden

v.                          :       Crim. No. 01-504 (KSH)

KIRK WASSONG, JR.           :       <u>O R D E R</u>

This matter having come before the Court on the joint motion of defendant Kirk Wassong, Jr., (Paul B. Brickfield, Esquire, appearing) and the United States (R. Stephen Stigall, Assistant United States Attorney, appearing) for an order adjourning the Violation of Supervised Release Hearing presently scheduled for Tuesday, July 21, 2009 at 2:00 p.m.; the defendant being aware that he has the right to have a revocation of supervised release hearing held within a reasonable time; and the defendant having waived such right and having consented to the entry of this Order; and for good cause shown,

IT IS THE FINDING OF THIS COURT that the Violation of Supervised Release Hearing scheduled for July 21, 2009 at 2:00 p.m. should be adjourned for the following reasons:

(1) the defendant has sought via Rule 17 subpoena, but has not yet received, documents and information the defendant maintains will be material to the defense of Violation No. 1 charged in the Violation of Supervised Release Petition;

(2) parallel criminal proceedings against the defendant which form the basis of Violation No. 1 charged in the Violation

of Supervised Release Petition have been initiated;

(3) the Government does not object to an adjournment of the July 21, 2009 Violation hearing date; and

(4) the ends of justice served by adjourning the Violation hearing outweigh the best interest of the public and the defendant in a speedy revocation proceeding.

IT IS, therefore, on this 16th day of July, 2009,

ORDERED that the July 21, 2009 Violation of Supervised Release Hearing is hereby adjourned.

IT IS FURTHER ORDERED that a Status Conference will be held on _____, 2009 to determine the status of parallel criminal proceedings against the defendant in Passaic County, New Jersey and to set a date for the Violation hearing.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE