Paul B. Brickfield
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Kirk Wassong, Jr.

---

|  | : | UNITED STATES DISTRICT COURT |
|---|---|---|
|  | : | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : |  |
|  | : | CASE NO.: 01-CR-504-01 (KSH) |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | ORDER |
| KIRK WASSONG, JR. | : |  |
|  | : |  |

Kirk Wassong, Jr. by his attorney Paul B. Brickfield of Brickfield & Donahue having moved this Court by letter dated July 14, 2009 for an order amending the conditions of release as established by the Honorable Claire C. Cecchi, United States Magistrate Judge on May 4, 2009 and the U.S. Attorney's Office by Assistant U.S. Attorney Stephen Stigall having been advised of this request, and for good and sufficient cause shown, it is hereby ordered this 29th day of July 2009, that the condition of home incarcerated is hereby eliminated and is replaced by a curfew, the scope of which shall be determined by the United States Probation Office;

And all the other terms and conditions of the order of the Honorable Claire C. Cecchi of May 4, 2009 shall remain

in full force and effect.

_____
Hon. Katharine S. Hayden