Paul B. Brickfield
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Kirk Wassong, Jr.

---

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| v. | CASE NO.: 01-CR-504-01 (KSH) |
| KIRK WASSONG, JR. | ORDER |

Kirk Wassong, Jr. by his attorney Paul B. Brickfield of Brickfield & Donahue having moved this Court for an order removing a curfew from Mr. Wassong's conditions of release, and the U.S. Attorney's Office by Assistant U.S. Attorney Stephen Stigall and U.S. Probation by Probation Officer Andrea Shumsky having no objection to same, and for good and sufficient cause shown, it is hereby ordered this 3rd day of September 2009, that the curfew requirement is removed as of the date of this order from Mr. Wassong's conditions of release.

Hon. Katharine S. Hayden
United States District Judge