UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 01-504 (KSH) |
| KIRK WASSONG | : | O R D E R |

This matter having been opened to the Court by a Superseding Petition filed by the United States Probation Office for the District of New Jersey, charging defendant Kirk Wassong with violation of supervised release, and the defendant having appeared before the Honorable Katharine S. Hayden, U.S.D.J. on December 8, 2009, pursuant to said petition, Paul B. Brickfield, Esquire, appearing for the defendant, and R. Stephen Stigall, Assistant United States Attorney, appearing for the United States, and the defendant having pled guilty to Violation Number 2 of said petition;

It is on this 14th day of December, 2009,

ORDERED that the previously imposed term of Supervised Release imposed by this Court on December 2, 2002 is hereby continued.

IT IS FURTHER ORDERED that upon motion by the Government, all other violations in the Superseding Petition are hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge